UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

Serendip LLC,

                Plaintiff,

    vs.

,Joseph Paul,

                Defendant.

------------------------------------------------------- x

24-cv- 1256

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Serendip LLC (a private limited liability company) certifies that Serendip LLC has no corporate parents, affiliates and/or subsidiaries.

Date:    New York, NY

           February 20, 2024

                                      By: _____s/_____
                                          **Annemarie Franklin** (AF-3933)

                                          Annemarie Franklin, Esq.
                                          PO Box 1024 Cooper Station
                                          New York NY 10276-1024
                                          212-475-1630
                                          sdenim@nyc.rr.com

                                          *Attorney for Plaintiff*