UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

Serendip LLC,

                Plaintiff,

    vs.

Paul Joseph,

                Defendant.

------------------------------------------------------- x

24-cv-01256-JMF

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Serendip LLC demands trial by jury in this action of all issues so triable.

Date:      New York, NY

           February 23, 2024

                                    Serendip LLC

                                    By: _____s/_____
                                        **Annemarie Franklin** (AF-3933)

                                      Annemarie Franklin, Esq.
                                      PO Box 1024 Cooper Station
                                      New York NY 10276-1024
                                      212-475-1630
                                      sdenim@nyc.rr.com

                                      *Attorney for Plaintiff*