UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Serendip LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Paul Joseph,<br><br>        Defendant. | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 24-CV-01256 (JMF) |

I hereby certify under the penalties of perjury that on the 28th day of February 2024, I served one copy of the Summons, Complaint, Jury Demand, Civil Cover Sheet, Rule 7.1 Statement, and AO 121 Copyright Form upon Defendant Paul Joseph, 312 Waldegrave, Basildon, Essex SS16 5EJ, United Kingdom, an individual of a foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii), by USPS Registered Mail RE296038748US.

Dated: New York, New York
       February 28, 2024

                                              RUBY J. KRAJICK
                                              CLERK OF COURT

                                              /s/Rachel Slusher
                                              Deputy Clerk