UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SERENDIP LLC, :
:
Plaintiff, :
: 24-CV-1256 (JMF)
-v- :
: ORDER
PAUL JOSEPH, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 1, 2024 Order, ECF No. 11, Plaintiff was required to notify Defendant's attorneys of that Order by serving upon each of them a copy of it, and to file proof of such notice by May 6, 2024. To date, Plaintiff has not filed any such proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 9, 2024**.

      SO ORDERED.

Dated: May 8, 2024
      New York, New York
                                                 JESSE M. FURMAN
                                             United States District Judge